# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZENITH PRODUCTS CORP.,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 10-148 |
| | : | |
| **DESIGN HOME SOLUTIONS, LLC,** | : | |
| **Defendant** | : | |

## O R D E R

**STENGEL, J.**

**AND NOW**, this 24th day of May, 2010, upon careful consideration of Defendant's motion to transfer venue to the Southern District of Florida pursuant to 28 U.S.C. § 1404(a) (Document # 7) and Plaintiff's response thereto (Document # 12) it is hereby **ORDERED** that:

1. The motion is **GRANTED**;

2. The case shall be **TRANSFERRED** to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1404(a); and

3. The Clerk of Court is directed to transfer the original pleadings of this case to the United States District Court for the Southern District of Florida.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.